# EXHIBIT 2

Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
Kneupper & Covey, PC
4475 Peachtree Lakes Dr.
Berkeley Lake GA 30096
512-420-8407

*Attorney for Plaintiff Cindy Adam
and the putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ADAM,<br><br>   Plaintiff,<br><br> vs.<br><br>FRANK V. BARONE; KIRILL CHUMENKO; GREEN POGO LLC (DELAWARE); GREEN POGO LLC (NEW JERSEY); NATURAL BEAUTY LINE LLC; VEGAN BEAUTY LLC; IMPROVED NUTRACEUTICALS LLC; FORTERA NUTRA SOLUTIONS LLC; ADVANCED BEAUTY LLC; SFLG INC.; KURT ELLIS; and JOHN DOES 1-10,<br><br>   Defendant(s) | Case No.:<br><br>**DECLARATION OF KEVIN M. KNEUPPER RE: VENUE PURSUANT TO CAL. CIV. CODE § 1780(d)** |

I, Kevin M. Kneupper, do hereby declare as follows:

---

DECLARATION OF KEVIN M. KNEUPPER RE: VENUE TO CAL. CIV. CODE § 1780(d)

1

1. I am a partner at Kneupper & Covey PC, counsel of record for Plaintiff Cindy Adam. I am licensed to practice law in the States of California and Texas. I make this declaration to the best of my knowledge, information, and belief of the facts stated herein.

2. Venue is proper in this Court because Defendants are doing business in the County of San Mateo, CA by selling and delivering their products there and the transactions at issue (the sale to Plaintiff Cindy Adam) also occurred in the County of San Mateo, CA.

I declare and state under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed this 1st day of February, 2020 in Glendale, California.

Kevin M. Kneupper, Esq.
Declarant

---

DECLARATION OF KEVIN M. KNEUPPER RE: VENUE TO CAL. CIV. CODE § 1780(d)

2