AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

CINDY ADAM

        Plaintiff (s),

V.

FRANK V. BARONE, ET AL

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __4:20-CV-00761-KAW__

Notice is hereby given that, subject to approval by the court, __Kurt Ellis__ substitutes
(Party (s) Name)

__Charles G. Miller__, State Bar No. __39272__ as counsel of record in
(Name of New Attorney)

place of __Joseph S. Picchi, Esq. and Aaron T. Schultz, Esq. of Galloway, Lucchese, Everson & Picchi__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Bartko, Zankel, Bunzel & Miller |
| Address: | One Embarcadero Center, Suite 800, San Francisco, California 94111 |
| Telephone: | (415) 956-1900   Facsimile (415) 956-1152 |
| E-Mail (Optional): | cmiller@bzbm.com |

I consent to the above substitution.

Date: __4-8-20__

_(Signature of Party (s))_

I consent to being substituted.

Date: __April 9, 2020__

/s/ Joseph S. Picchi, Esq.
/s/ Aaron T. Schultz, Esq.
_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date: __April 9, 2020__

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
                                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]