UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ADAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK V. BARONE, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-00761-EMC<br><br>**JUDGMENT**<br><br>Docket No. |

On August 10, 2020, the Court issued its Order Granting in Part Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. Section 1404(a) or, in the Alternative, to Dismiss (*see* Order, Docket No. 57). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: August 10, 2020

_____
EDWARD M. CHEN
United States District Judge